THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Court File No. 24-cr-173 DSD/DLM |
| Plaintiff, | |
| | **DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF CHANGE OF PLEA HEARONG** |
| vs. | |
| Said Shafii Farah, | |
| Defendant, | |

---

Defendant, by and through his attorney, hereby respectfully moves the Court for a continuance of the presently set change of plea date of May 14, 2025, on the following grounds:

The parties need additional time to finalize the plea agreement. Defense counsel needs additional time to meet with the defendant at the Sherburne County Jail to advise the defendant about the plea agreement.

For the above reasons, undersigned counsel respectfully requests that the presently set motion hearing be continued to a later date. Pursuant to 18 U.S.C. § 3161(h)(1), the period of the continuance should be excluded from the computation for the Speedy Trial Act. Undersigned counsel has communicated with Assistant United States Attorney Mr. Joe Thompson, and Mr. Thompson does not object to the continuance.

Respectfully Submitted,

Dated: 5/12/25

/s/ Eric J. Olson
Eric J. Olson
Attorney for Defendant
8009 34th Ave. S., Suite 1492
Bloomington, MN 55425
(952) 835-1088
Eric@OlsonDefense.com